UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                                  23-cr-208 (JGK)

EMELY PAREDES SOSA,                   ORDER

              Defendant.

---

JOHN G. KOELTL, District Judge:

    As stated at the conference held today, the Court sets the following schedule for trial. The Government must disclose any 404(b) evidence by **November 30, 2023**. The defendant must file any motion by **December 8, 2023**. The Government's response will be due **December 21, 2023**. The defendant's reply to the Government's response shall be filed by **January 5, 2024**. A hearing on any motions will be held on **February 15, 2024 at 4:00 p.m.** A final pre-trial conference shall be held on **March 12, 2024 at 4:30 p.m.** Trial is scheduled for **March 18, 2024 at 9:00 a.m.**

    Because a continuance is needed to assure the effective assistance of counsel, to allow the government to make discovery, and to permit defense counsel to review such discovery, the Court prospectively excludes the time from today, **September 13, 2023**, until **March 18, 2024**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the

public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**  New York, New York
September 13, 2023

_____
John G. Koeltl
**United States District Judge**