```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

UNITED STATES OF AMERICA

       - against -              23-cr-208 (JGK)

EMELY PAREDES SOSA,               ORDER

             Defendant.

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    Any motions in limine, requests to charge, and voir dire requests are due **February 27, 2024**. Any responses and objections are due **March 5, 2024**. As previously scheduled, the final pre-trial conference will occur on **March 12, 2024** at 4:00 p.m., and trial will proceed on **March 18, 2024** at 9:00 a.m. See ECF No. 23.

SO ORDERED.

Dated:    New York, New York
           February 20, 2024

                                      John G. Koeltl
                                United States District Judge