LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

March 11, 2024

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Centre Street Street
New York, NY 10007

By ECF filing

Re: USA v. Paredes Sosa, #23cr208 (JGK)

Dear Judge Furman;

I write on behalf of Emely Paredes to request an additional continuance of the trial date to a date in mid-June, 2023, convenient to the Court. As the attached email indicates Ms. Paredes was not provided by her prior attorney with the Government's Discovery until February 15, 2024, and Paredes does not believe under those circumstances the May 13th trial date gives the defense sufficient time to prepare. I did provide the Government with a hard so all electronic materials can be provided for case preparation, and await receipt of the hard drive.

Respectfully,

B. Alan Seidler

---

Application DENIED. When the Court set the trial date, it confirmed with counsel and the Defendant that it was a firm date, and neither articulated that there would be any difficulty in preparing for trial by that date. Moreover, but for the eleventh-hour change of counsel, trial would have started next week. Put differently, Defendant was not entitled even to a two-month adjournment; she is certainly not entitled to a further adjournment. Finally, and in any event, three months with discovery is ample time to prepare in a case of this nature and counsel makes no effort to demonstrate otherwise. Accordingly, the application is DENIED, and the May 13th trial date remains in effect.

The Clerk of Court is directed to terminate Docket No. 33.

SO ORDERED.

March 11, 2024