LAW OFFICE
OF

**B. ALAN SEIDLER**

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

REPLY TO:
PO BOX 582
PALISADES, NY 10964

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

*Application GRANTED.  Counsel shall provide the particulars of the Defendant's travel plans to the Pretrial Services Officer. The Clerk of Court is directed to terminate ECF No. 44.*

June 17, 2024

SO ORDERED.

*[signature]*

June 17, 2024

Hon. Jesse Furman
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

By ECF filing

Re: USA v. Paredes Sosa, #23cr208 (JMF)

Dear Judge Furman;

On May 2, 2023, Paredes Sosa was ordered released from custody on the following conditions according to the Docket Sheet:

"Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron:Initial Appearance as to Emely Paredes Sosa held on 5/2/2023. Defendant is present with counsel Ian Marcus Amelkin; AUSA Smyser and Spanish Interpreter are also present. Bail is set as follows: AGREED CONDITIONS OF RELEASE:$50,000.00 PRB;CO-SIGNED BY 2 FRP'S;TRAVEL RESTRICTED TO THE SDNY/EDNY;SURRENDER OF TRAVEL DOCUMENTS AND NO NEW APPLICATIONS;PRETRIAL SUPERVISION AS DIRECTED BY PTS;DEF TO SUBMIT TO URINALYSIS, IF POSITIVE ADD CONDITION OF DRUG TESTING/TREATMENT;STAND ALONE OPS MONITORING;DEF TO CONTINUE OR SEEK

OPS MONITORING;DEF TO CONTINUE OR SEEK
EMPLOYMENT;DEF TO BE RELEASED UPON OWN
SIGNATURE;ALL REMAINING CONDITIONS TO BE MET BY
5/16/23;NO CONTACT WITH WITNESSES UNLESS IN THE
PRESENCE OF COUNSEL (jm) (Entered: 05/02/2023)."

Paredes now requests the permission of the your Honor to travel with her
children Zoe, Liam, and Alonzo to a another child's first birthday party on July
13th in Sinking Spring, PA [attached].  The trip will require 2 days for round trip
travel, and one day for the party.

AUSA Robinson advises me he will defer a consent decision to the position
of Pre trial service officer Marlon Ovalles, but Mr. Ovalles states while he has had
no supervision issues with Ms. Paredes, as a policy matter he cannot consent to
travel by a Supervisee wearing an ankle bracelet.

Respectfully,

B. Alan Seidler