UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                    -v-                                           :          23-CR-208-1 (JMF)
                                                                  :
EMELY PAREDES SOSA,                                               :          REVISED
                                                                  :          SCHEDULING ORDER
                            Defendant.                            :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

        IT IS HEREBY ORDERED that the time for the sentencing in this matter, scheduled for

**August 14, 2024**, is changed from 10:00 a.m. to **3:15 p.m.** in **Courtroom 1105** of the Thurgood

Marshall Courthouse, 40 Centre Street, New York, New York.


        SO ORDERED.


Dated:  August 7, 2024
        New York, New York          _____
                                             JESSE M. FURMAN
                                           United States District Judge