UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                             :
:
    -v-                                                              :          23-CR-208 (JMF)
:
EMELY PAREDES SOSA,                                  :          ORDER
:
                    Defendant.            :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record earlier today, the parties shall appear for sentencing in this matter on **September 19, 2024,** at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

      In the meantime, Defendant shall file, **as soon as possible and no later than August 28, 2024**, a letter indicating how she wishes to proceed in this case, including whether she seeks to retain new counsel or have new counsel appointed by the Court. If Defendant seeks to have new counsel appointed by the Court, she shall also fill out and submit a CJA Form 23 Financial Affidavit and inform the Court whether the District's Federal Defender office has a conflict that prevents it from representing her **by the same date**.

      SO ORDERED.

Dated: August 14, 2024
       New York, New York                     _____
                                                         JESSE M. FURMAN
                                                    United States District Judge