**J.L. Russo, P.C.**
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  JLRussoPC@Gmail.com

*John L. Russo*
Attorney at Law

Counsel
Milton Florez, Esq.
Michael Horn, Esq.

Paralegal
Maria Nunez, B.S.

October 31, 2024

**Via ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, N.Y. 10007

  Re: <u>United States of America v. Emely Paredes Sosa</u>
    Case No.: 23-CR-000208(JMF)-1

Your Honor:

This office represents Emely Paredes Sosa, the Defendant in the above-referenced matter which is scheduled for sentencing on November 7, 2024 at 3:00 p.m.

By this letter we respectfully request that sentencing in this matter be adjourned for approximately 30 days (to the first week of December) at the Court's convenience. The Government and the defense continue to discuss/consider certain issues which may effect the guidelines and parameters of Ms. Paredes Sosa's sentencing.

AUSA Edward Robinson has agreed and consented to this request. The Court's consideration is respectfully appreciated. Thank you.

        Yours truly,

        *John L. Russo*

        John L. Russo, Esq. (JR6200)

JLR:  mn
Cc:  AUSA Edward Robinson

Application GRANTED. Sentencing is hereby ADJOURNED to **December 5, 2024, at 10:30 a.m.** As discussed at the conference on September 10, 2024, the defendant's sentencing submission shall be filed two weeks in advance of the date set for sentencing.  The Government's sentencing submission shall be filed one week in advance of the date set for sentencing, or the Government may rely on its previously filed submission.  Further adjournments are unlikely to be granted. The Clerk of Court is directed to terminate Doc. #61.

SO ORDERED.

*[signature]*

October 31, 2024