# J.L. Russo, P.C.

**JOHN L. RUSSO**
ATTORNEY AT LAW

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  JLRussoPC@Gmail.com

**PARALEGAL**
Maria Nunez, B.S.

February 13, 2025

**Application GRANTED. The Defendant shall self-surrender by 2:00 p.m. on March 28, 2025. The Clerk of Court is directed to terminate Doc. #72.**

**SO ORDERED.**

*/s/ Jesse M. Furman*

February 13, 2025

**Via ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, N.Y. 10007

Re:  <u>United States of America v. Emely Paredes Sosa</u>
     Case No.: 23-CR-000208(JMF)-1

Your Honor:

    This office represents Emily Paredes Sosa, the defendant in the above referenced matter, who was sentenced by the Court on December 11, 2024.  Ms. Paredes has been noticed to report to Danbury FCI to begin serving her sentence on February 20, 2025.  **We write to request a short extension of Ms. Paredes's voluntary surrender date until late March 2025.**  Ms. Paredes is currently engaged in a Family Court proceeding wherein the custody of her young children for the period of her incarceration is being decided.  That matter, <u>Alis Rodriguez Rosario v. Emely Paredes Sosa</u>, Docket No.: V-01932-25, is next scheduled before the Honorable Grace Oboma-Layat, in Bronx Family Court, Part 15, on February 19, 2025, at 3 p.m. for a status update. We are hopeful that the custody and housing issue for the children will be resolved by mid-March.

    The Court's consideration of this request is greatly and respectfully appreciated.   Thank you.

                   Yours truly,

                 /s/ *John Russo*

                 John L. Russo

Cc:  AUSA Edward Robinson
      USPO Marlon Ovalles