# J.L. Russo, P.C.

**JOHN L. RUSSO**
*ATTORNEY AT LAW*

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  *JLRussoPC@Gmail.com*

**PARALEGAL**
Maria Nunez, B.S.

March 5, 2025

<span style="color:blue">Application GRANTED on consent.  See ECF No. 76.
The Clerk of Court is directed to terminate ECF No. 74.

SO ORDERED.

March 14, 2025</span>

**Via ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, N.Y. 10007

Re:    United States of America v. Emely Paredes Sosa
       Case No.: 23-CR-000208(JMF)-1

Your Honor:

This office represents Emily Paredes Sosa, the defendant in the above referenced matter, who was sentenced by the Court on December 11, 2024.  Ms. Paredes has been noticed to report to FDC SEATAC in Seattle Washinton to begin serving her sentence on March 28, 2025.

**We write to request the removal of Ms. Peredes electronic monitoring in advance of March 28th so that she may travel to Seattle, Washington.** USPO Marlon Ovalles indicated that pre-trial services must take off Ms. Paredes's Electronic Monitor in New York.  Given that Ms. Paredes will need a few days to make travel arrangements, we ask that her electronic monitoring conditions of release be removed no later than March 25th.

The Court's consideration of this request is greatly and respectfully appreciated.  Thank you.

Yours truly,

*John L. Russo*

John L. Russo, Esq. (JR6200)

JLR:mn
Cc:  AUSA Edward Robinson
     USPO Marlon Ovalles